**8**

W. M. O'CONNER v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. June 10, 1925.) No. 4324. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. D. B. Puryear, of Memphis, Tenn., for plaintiff in

error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Judgment of the District Court reversed as to the first and second counts of the indictment and affirmed as to the third.